PROB 12B
(7/93)

Report Date: June 23, 2008

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 26 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Theodore H. Adolph          Case Number: 2:05CR00178-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 10/24/2006          Type of Supervision: Supervised Release

Original Offense: Abusive Sexual Contact, §§ 18 U.S.C. 2244(a)(2), 2246(30, and 1153          Date Supervision Commenced: 12/28/2007

Original Sentence: Prison - 24 Months; TSR - 60 Months          Date Supervision Expires: 12/27/2012

---

## PETITIONING THE COURT

29   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

The offender has had a myriad of issues to address while at the residential reentry center (RCC), at Geiger Work Release facility in Spokane, Washington. Initially, this officer, the case manager at Geiger, the sex offender therapist, and chemical dependency counselor all concurred he would not be allowed to look for employment. This was based on the offender's instant Federal offense, prior criminal history, and personal background information. Additionally, the offender had not been assessed by our treatment providers to determine his needs and risk to the community.

The offender was recently allowed to look for work, but to date has been unsuccessful in securing employment. All the professionals involved in this case believe he needs to secure employment and work for a period of time before he is allowed to leave Geiger. It is believed that this added condition will give the offender more time to find employment and prepare him to be successful, as well as, protect the community. The offender understands that the intention of this modification is to provide him more time and support, and is not meant as punishment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *[signature]*
              6-23-08

Brenda J. Kuest
U.S. Probation Officer

Prob 12B
Re: Adolph, Theodore H.
June 23, 2008
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

June 26 2008
_____
Date